Argued and submitted March 7, affirmed April 12, petition for review denied
August 3, 2017 (361 Or 800)

Elaine HIGGINS,
*Plaintiff-Appellant,*

*v.*

STATE FARM FIRE AND CASUALTY COMPANY,
an Illinois corporation,
*Defendant-Respondent.*

Multnomah County Circuit Court
15CV12920; A161906

392 P3d 391

Willard E. Merkel argued the cause for appellant. With him on the briefs was Merkel & Associates.

Thomas M. Christ argued the cause for respondent. With him on the brief was Cosgrave Vergeer Kester LLP.

Before Sercombe, Presiding Judge, and DeHoog, Judge, and Flynn, Judge pro tempore.

PER CURIAM

Affirmed. *Robinson v. Tri-Met*, 277 Or App 60, 370 P3d 864 (2016); *Spearman v. Progressive Classic Ins. Co.*, 276 Or App 114, 366 P3d 821, *rev allowed*, 359 Or 847 (2016).